UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lynne F. Riley, Chapter 7 Trustee,<br>        Plaintiff<br>  v.<br><br>J.W. Lindsay Enterprises, Ltd., Patrick F. Lampasona, Jr., Devin T. Hartnell, S. Ernest Porter, Benjamin J. Stokdijk, Cory T. Bell, Kirby G. Putnam, Laurence J. Smith, John C. Kelly, Rykor Concrete & Civil, Inc., American Express Company, FIA Card Services, N.A., Steven Hetzel, and Lynn Hetzel,<br><br>        Defendants | Case No. 1:14-cv-10206-DJC<br><br>[Bankruptcy Court<br>Adversary Proceeding<br>No. 13-01404]<br><br>[Chapter 7 Case No. 11- 19747-JNF] |

## REPORT OF SETTLEMENT OF ADVERSARY PROCEEDING

Plaintiff Lynne F. Riley, chapter 7 trustee for the bankruptcy estate of Lindsay Lampasona, LLC, hereby reports that the adversary proceeding commenced in the bankruptcy court, that was the subject of the motion to withdraw the reference that commenced this district court proceeding, has been settled or otherwise concluded as to all defendants.  Consequently, there will be no need for withdrawal of the reference for trial (as contemplated by this court's electronic order, Docket No. 6), and no need for further proceedings before this court.

| | |
|---|---|
| Dated:  January 15, 2015 | Lynne F. Riley, Chapter 7 Trustee<br>By her attorneys,<br><br>/s/ A. Davis Whitesell<br>A. Davis Whitesell BBO# 551462<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210<br>(617) 426-5900<br>whitesell@casneredwards.com |

## CERTIFICATE OF SERVICE

  I, A. Davis Whitesell, Esq., hereby certify that on January 15, 2015, I caused a copy of the foregoing **Report of Settlement of Adversary Proceeding** to be served (A) by email through the Court's ECF system to the below-listed persons who are registered users thereof in this proceeding:

  Whitton E. Norris, III wnorris@norrislaw.org
  Paul W. Carey, III pcarey@mirickoconnell.com
  Benjamin W. Loveland benjamin.loveland@wilmerhale.com
  Jonathan M. Horne jhorne@jagersmith.com
  David Koha koha@casneredwards.com

and (B) by United States first class mail to the following entities:

  American Express Company
  200 Vesey Street
  World Financial Center
  New York, NY 10285

  Bank of America Corporation
  100 North Tryon Street
  Charlotte, NC 28255

  Chase Bank USA, N.A.
  200 White Clay Center Drive
  Newark, DE 19711

  Patrick Lampasona
  393 Union Street
  Franklin, MA 02038

Dated: January 15, 2015      /s/ A. Davis Whitesell
                A. Davis Whitesell BBO# 551462
                Casner & Edwards, LLP
                303 Congress Street
                Boston, MA 02210
                (617) 426-5900
                whitesell@casneredwards.com